

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROGER H. KAYE and ROGER H. KAYE, MD PC,** on behalf of themselves and all others similarly situated, | CASE NO. 3:09 CV 1948 (CFD) |
| Plaintiffs, | |
| -vs.- | |
| **WEBMD, LLC and WEBMD HEALTH SERVICES GROUP, INC.,** | DECEMBER 9, 2009 |
| Defendant. | |

### MOTION FOR ADMISSION

Pursuant to Local Rule 83.1(d), undersigned counsel as a member of the Bar of this Court moves that Aytan Y. Bellin be permitted to represent Plaintiffs in this action as a visiting lawyer. In support of this motion, the undersigned sponsoring lawyer represents as follows:

1. Mr. Bellin is an attorney in good standing with the bar of the States of New York and New Jersey and is the Managing Attorney of the law firm of Bellin & Associates LLC, 85 Miles Avenue, White Plains, NY 10606; Tel. (914) 358-5345; Fax (212) 571-0284; e-mail: aytan.bellin@bellinlaw.com.

2. As the accompanying affidavit of Mr. Bellin demonstrates, he is a member in good standing of the bars of the States of New York and New Jersey, the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, Northern District of Illinois, and the Western District of Wisconsin, and the United States Courts of Appeals for the Second, Third and Seventh

Circuits.

3. He has never been denied admission or disciplined by this Court or any other court.

4. He has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. The granting of this motion will not require modification of a scheduling order entered pursuant to Fed.R.Civ.P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

6. A payment of $25.00 to the Clerk of this Court accompanies this motion.

7. This motion is accompanied by an Affidavit, duly sworn and executed by the proposed visiting attorney.

WHEREFORE, undersigned counsel moves that the Court grant this motion and allow Aytan Y. Bellin to appear as counsel of record in the instant matter.

> ROGER H. KAYE and ROGER H. KAYE, MD PC, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED
>
> By: _/s/ Glenn A. Duhl_
> Glenn A. Duhl ct03644
> Siegel, O'Connor,
>   O'Donnell & Beck, P.C.
> 150 Trumbull Street
> Hartford, CT 06103
> (860) 727-8900
> Fax: (860) 527-5131
> gduhl@siegeloconnor.com

2