## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE and<br>ROGER H. KAYE, MD PC, on behalf of<br>themselves and all others similarly situated, : | CIVIL ACTION NO.<br><br>3:09-CV-1948 (CFD) |
| Plaintiffs, | |
| v. | |
| WEBMD, LLC and WEBMD HEALTH<br>SERVICES GROUP, INC. | |
| Defendants. | MARCH 2, 2010 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel, a member in good standing of the bar of this Court, hereby moves for the admission *pro hac vice* of Attorney Teresa T. Bonder to represent the defendants, WebMD, LLC and WebMD Health Services Group, Inc., in this action. In support of this motion, the undersigned represents as follows:

1. Attorney Bonder is a partner with the law firm of Alston & Bird LLP. Her office address is One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424. Her telephone number is (404) 881-7369, her fax number is (404) 253-8493, and her email address is teresa.bonder@alston.com.

2. Attorney Bonder is a member in good standing of the bar of Georgia and is admitted to practice in the courts of the State of Georgia, the United States District Court for the Northern District of Georgia, the Court of Appeals for the Sixth Circuit, and the Court of Appeals for the Eleventh Circuit.

-2-

3. Attorney Bonder has never been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

4. The granting of this motion will not require modification of a scheduling order or other deadlines.

5. Attorney Bonder's Affidavit in Support of this Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

6. This Motion is accompanied by payment to Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for Teresa T. Bonder to appear *pro hac vice* in the above-referenced action on behalf of the defendants.

DEFENDANTS
WEBMD, LLC and
WEBMD HEALTH SERVICES GROUP, INC.


/s/ Edward J. Heath
Edward J. Heath (ct20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
*eheath@rc.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this March 2, 2010, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served via First Class Mail on this same date.

/s/ Edward J. Heath
Edward J. Heath

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROGER H. KAYE and<br>ROGER H. KAYE, MD PC, on behalf of<br>themselves and all others similarly situated, | : <br>: <br>: | CIVIL ACTION NO.<br><br>CV-09-01948 (CFD) |
| Plaintiffs, | : | |
| v. | : | |
| WEBMD, LLC and WEBMD HEALTH<br>SERVICES GROUP, INC. | : <br>: | |
| Defendants. | : | FEBRUARY 22, 2010 |

**AFFIDAVIT OF TERESA T. BONDER, ESQ. IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, Teresa T. Bonder, Esq., declare as follows:

1. I am a Partner in the law firm of Alston & Bird LLP, whose office is located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424. My direct telephone number is 404-881-7369, my fax number is (404) 253-8493, and my email address is Teresa.Bonder@alston.com.

2. I am a member in good standing of the bar of Georgia and am admitted to practice in the courts of the State of Georgia, the United States District Court for the Northern District of Georgia, the Court of Appeals for the Sixth Circuit, and the Court of Appeals for the Eleventh Circuit.

3. I have not been denied admission or disciplined by this Court or any other court.

- 2 -

4. I have fully reviewed and am familiar with the Rules of The United States District Court for the District Connecticut and agree to comply therewith.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed on the 22nd day of February, 2010.

*Teresa T. Bonder*
Teresa T. Bonder, Esq.

Sworn to and subscribed before me this 22nd day of February, 2010.

*Holly Y. Pe___*
Notary Public
My commission expires 02/14/12.