UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROGER H. KAYE and | : | CIVIL ACTION NO. |
| ROGER H. KAYE, MD PC, on behalf of | : | |
| themselves and all others similarly situated, | : | CV-09-01948 (CFD) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WEBMD, LLC; WEBMD HEALTH | : | |
| SERVICES GROUP, INC.; MEDSCAPE, | : | |
| LLC and WEBMD PROFFESSIONAL | : | |
| SERVICES LLC | : | |
| | : | |
| Defendants. | : | APRIL 22, 2010 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel, a member in good standing of the bar of this Court, hereby moves for the admission *pro hac vice* of Attorney Jeffrey J. Swart to represent the defendants, WebMD, LLC; WebMD Health Services Group, Inc.; Medscape, LLC; and WebMD Professional Services LLC in this action. In support of this motion, the undersigned represents as follows:

1.      Attorney Swart is a partner with the law firm of Alston & Bird LLP. His office address is One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424. His telephone number (404) 881-7569, his fax number is (404) 253-8493, and his email address is jeff.swart@alston.com.

2.      Attorney Swart is a member in good standing of the following bars: State and Superior Courts of Georgia; Georgia Court of Appeals; Supreme Court of Georgia; District of Columbia Court of Appeals; U.S. District Court, Northern District of Georgia; U.S.

-1-

Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Federal Circuit; and U.S. Court of Federal Claims.

3. Attorney Swart has never been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, and has never been denied admission or disciplined by any other court.

4. The granting of this motion will not require modification of a scheduling order or other deadlines.

5. Attorney Swart's Affidavit in Support of this Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

6. This Motion is accompanied by payment to Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for Jeffrey J. Swart to appear *pro hac vice* in the above-referenced action on behalf of the defendants.

DEFENDANTS
WEBMD, LLC; WEBMD HEALTH SERVICES
GROUP, INC.; MEDSCAPE, LLC; and WEBMD
PROFESSIONAL SERVICES LLC

/s/ Edward J. Heath
Edward J. Heath (No. 20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
eheath@rc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record will be served via First Class Mail, postage prepaid, on April 22, 2010.

/s/ Edward J. Heath
Edward J. Heath

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE and : <br> ROGER H. KAYE, MD PC, on behalf of : <br> themselves and all others similarly situated, : <br>  : <br> Plaintiffs, : <br>  : <br> v. : <br>  : <br> WEBMD, LLC; WEBMD HEALTH : <br> SERVICES GROUP, INC.; MEDSCAPE, : <br> LLC and WEBMD PROFFESSIONAL : <br> SERVICES LLC : <br>  : <br> Defendants. : | CIVIL ACTION NO. <br><br> CV-09-01948 (CFD) <br><br><br><br><br><br><br><br><br><br><br><br> APRIL 20, 2010 |

## AFFIDAVIT OF JEFFREY J. SWART, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeffrey J. Swart, Esq., declare as follows:

1. I am a Partner in the law firm of Alston & Bird LLP, whose office is located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424. My telephone number (404) 881-7569, my fax number is (404) 253-8493, and my email address is jeff.swart@alston.com.

2. I am a member in good standing of the following bars: State and Superior Courts of Georgia; Georgia Court of Appeals; Supreme Court of Georgia; District of Columbia Court of Appeals; U.S. District Court, Northern District of Georgia; U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Federal Circuit; and U.S. Court of Federal Claims.

3. I have not been denied admission or disciplined by this Court or any other court.

LEGAL02/31741312v1

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District Connecticut and agree to comply therewith.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed on the 20TH day of April, 2010.

_____
Jeffrey J. Swart, Esq.

Sworn to and subscribed before me this 20TH day of April, 2010.

_____
Notary Public

My commission expires 12/16/2013

[Notary Seal: ANSLEY S. ZEITLER, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, EXPIRES DEC. 16, 2013]