UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROGER H. KAYE and ROGER H. KAYE, MD PC,**
on behalf of themselves and all others similarly situated**,**

                Plaintiffs,    09 CV 1948 (MRK)

    -vs.-

**WEBMD, LLC, WEBMD HEALTH SERVICES GROUP, INC., MEDSCAPE, LLC, WEBMD PROFESSIONAL SERVICES LLC, NATIONAL PHYSICIANS DATASOURCE LLC and LITTLE BLUE INSITE LLC,**

                Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF
SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS</u>**

Upon the accompanying Memorandum of Law, the Declaration of Aytan Y. Bellin, dated December 9, 2010, attached to the Memorandum of Law as Exhibit 2, the Declaration of Jeffrey Swart, dated December 9, 2010, attached to the Memorandum of Law as Exhibit 3, the Declaration of Jeffrey Mirman, dated December 1, 2010, attached to the Memorandum of Law as Exhibit 4, the Declaration of Michael B. Glick, dated December 8, 2010, attached to the Memorandum of Law as Exhibit 5, the Declaration of Gregory Mulligan, dated November 30, 2010, attached to the Memorandum of Law as Exhibit 6, the Declaration of Glen A. Duhl, dated December 9, 2010, attached to the Memorandum of Law as Exhibit 9, all of the other exhibits attached to the Memorandum of Law, and all other submissions and proceedings had herein,

**Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC (collectively, "Kaye"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Preliminary Approval Order"):  (i) certifying a settlement class in the above-captioned litigation (the "Litigation") <u>for settlement purposes only</u>; (ii) granting preliminary approval of the proposed Class Settlement Agreement (the "Agreement") attached to the Memorandum of Law as Exhibit 7; (iii) approving the proposed Notice of Class Action by fax and by publication, attached to the Memorandum of Law as Exhibits 10 and 11, respectively; (iv) approving the Proposed Proof of Claim attached to the Memorandum of Law as Exhibit 12; (v) approving Berdon Claims Administration LLC of Jericho, New York, as the Claims Administrator; and (vi) setting dates for opt-outs and objections.  Plaintiffs further request that the Court schedule a hearing for the purpose of considering whether to:  (i) grant final approval of the Settlement Agreement; (ii) enter final judgment in this action; (iii) approve Aytan Y. Bellin of Bellin & Associates LLC and Glenn A. Duhl of Siegel, O'Connor, O'Donnell & Beck P.C. as class counsel; (iv) approve Kaye as class representative; and (v) approve the application of plaintiffs' counsel for attorneys' fees, costs, and an incentive award to Kaye.**

**Dated:  December 10, 2010**              Respectfully submitted,

                                                /s/ Aytan Y. Bellin           
                                                Aytan Y. Bellin, Esq.
                                                BELLIN & ASSOCIATES LLC
                                                85 Miles Avenue
                                                White Plains, New York 10606
                                                (914) 358-5345
                                                (212) 571-0284 (fax)

-3-

        **Glenn A Duhl, Esq.**
        **SIEGEL, O'CONNOR, O'DONNELL &**
        **BECK P.C.**
        **150 Trumbull Street**
        **Hartford, Connecticut 06103**
        **(860) 727-8900**
        **(860) 527-5131 (fax)**

        ***Counsel for Plaintiffs Roger H. Kaye***
        ***and Roger H. Kaye, MD PC***