UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROGER H. KAYE and ROGER H. KAYE, MD PC,
on behalf of themselves and all others similarly
situated,

                Plaintiffs,                          09 CV 1948 (MRK)

          -vs.-                                   March 10, 2011

WEBMD, LLC, WEBMD HEALTH SERVICES
GROUP, INC., MEDSCAPE, LLC, WEBMD
PROFESSIONAL SERVICES LLC, NATIONAL
PHYSICIANS DATASOURCE LLC and LITTLE
BLUE INSITE LLC,

                Defendants.

**PLAINTIFFS' MOTION TO ADJOURN THE DATE OF THE FINAL APPROVAL HEARING OF THE CLASS SETTLEMENT TO APRIL 6, 2011**

    I, Aytan Y. Bellin, hereby certify as follows:

    1.    I am an attorney at law admitted to practice before this Court and am the managing attorney of Bellin & Associates LLC, one of the law firms representing Plaintiffs and the proposed classes in the above-entitled case. I am making this motion to request that the Court adjourn the date of the final approval hearing of the class settlement in this action from March 23, 2011 to April 6, 2011.

    2.    By an order dated December 16, 2010, this Court preliminarily approved the settlement agreement in this matter and set March 23, 2011 as the date for the final approval hearing of the settlement.

    3.    Pursuant to the settlement agreement entered into by the parties and the Court's order, class notice was provided to class members and the 45 day time period for the class members to make a claim, object or opt-out has run.

4. However, the claims administrator has received approximately 300 claim forms from purported class members that have technical defects that are correctable, e.g., signing the claim form in two places or in the wrong place. Accordingly, the parties have agreed that the claimants who made these technical errors will be notified and given an opportunity to cure the technical defects. On March 7, 2011, the claims administrator sent letters to the purported class members described above. The letters stated that corrections by the purported class members must be received by the claims administrator by March 17, 2011 to be valid.

5. The claims administrator has informed me that it will require until March 24, 2011 to process these letters and to produce final numbers that can be reported to the Court.

6. Accordingly, Plaintiffs and the class respectfully request that the final approval hearing in this matter be adjourned from March 23, 2011 to April 6, 2011.

7. If this adjournment is granted, Plaintiffs and the class anticipate submitting the Motion for Final Approval by no later than March 30, 2011.

8. The attorneys for Defendants have been consulted and Defendants do not object to the relief requested herein.

WHEREFORE, for all of the foregoing reasons, Plaintiffs and the class request that this Court adjourn the final approval hearing in this matter to April 6, 2011.

Dated: White Plains, New York
    March 10, 2011

                        Respectfully submitted,

                        **ROGER H. KAYE and ROGER H. KAYE, MD PC, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

                        By: /s/Aytan Y. Bellin
                        Aytan Y. Bellin, Esq. ct28454

3

Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284