**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ROGER H. KAYE and ROGER H. KAYE, MD PC,**
on behalf of themselves and all others similarly situated**,**

        Plaintiffs,                          **09 CV 1948 (MRK)**

    -vs.-

**WEBMD, LLC, WEBMD HEALTH SERVICES GROUP, INC., MEDSCAPE, LLC, WEBMD PROFESSIONAL SERVICES LLC, NATIONAL PHYSICIANS DATASOURCE LLC and LITTLE BLUE INSITE LLC,**

        Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT, ATTORNEYS FEES AND AN INCENTIVE AWARD**

Upon the accompanying Memorandum of Law, all of the exhibits attached thereto and all other submissions and proceedings had herein, Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC (collectively, "Kaye"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Final Approval Order"): (i) certifying a settlement class in the above-captioned litigation (the "Litigation") <u>for settlement purposes only</u>; (ii) granting final approval of the proposed Class Settlement Agreement (the "Agreement") attached to the accompanying Memorandum of Law as Exhibit 3; (iii) entering the Final Approval Order attached to the accompanying Memorandum of Law as Exhibit 12; (iv) awarding Class Counsel $2.5 million in attorneys fees and expenses to be paid by Defendants from their own resources and not from the common fund created by the Agreement; and (v) awarding Dr.

-2-

Roger H. Kaye an incentive award of $7,500.

Dated: White Plains, New York
April 15, 2011

Respectfully submitted,

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq. ct28454
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York 10606
(914) 358-5345
(212) 571-0284 (fax)

Glenn A Duhl, Esq.
SIEGEL, O'CONNOR, O'DONNELL &
BECK P.C.
150 Trumbull Street
Hartford, Connecticut 06103
(860) 727-8900
(860) 527-5131 (fax)

*Counsel for Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC*